| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bybee, Jay S. | 2. Court or Organization<br><br>U.S. Court of Appeals, 9th Cir | 3. Date of Report<br><br>07/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Lloyd D George U.S. Courthouse<br>333 Las Vegas Blvd. S., #7080<br>Las Vegas, NV 89101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Fellow, Constitutional Law | William S. Boyd School of Law, University of Nevada, Las Vegas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | TIAA-CREF, academic retirement program |
| 2. 1999 | VALIC, academic retirement program |
| 3. 1999 | Contract with Greenwood Press as co-author for book (published 2006) |

RECEIVED 2009 JUL 16 A 9: 54 FINANCIAL DISCLOSURE OFFICE

Bybee_Jay_S

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 07/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | William S. Boyd Law School, University of Nevada Las Vegas -- teaching | $ 15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Federalist Society for Law & Public Policy Studies | Jan. 30-31 | Columbia Law Sch/Yale Law | Speech/Debate | transportation, lodging, meals, parking |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 07/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Victoria Schwartz, Philip Scarborough, Zachary Rawling, Mark Kressel | Apple iPod Touch, carrying case, music gift card | $359.00 |
| 2. Latham & Watkins, LLP | Legal Services | $60,074.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Mortgage | Mortgage on rental property, Henderson, NV (Part VII, line 29) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Campus Federal Credit Union | A | Interest | J | T | | | | | |
| 3. American Funds MMA | A | Interest | K | T | | | | | |
| 4. Southern California Edison Common Stock | | None | J | T | | | | | |
| 5. Fidelity Destiny IRA | | None | K | T | | | | | |
| 6. Washington Mutual IRA | | None | J | T | | | | | |
| 7. Acacia Life Insurance (whole life) | | None | J | T | | | | | |
| 8. American General Insurance | | None | J | T | | | | | |
| 9. TIAA-CREF (retirement) | | None | K | T | | | | | |
| 10. VALIC (retirement) | | None | M | T | | | | | |
| 11. --Mid Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 12. --Mid Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 13. --Small Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 14. --International Equities Fund | | | | | | | | | See note in Part VIII. |
| 15. --International Small Cap Equity Fund | | | | | | | | | See note in Part VIII. |
| 16. --Stock Index | | | | | | | | | See note in Part VIII. |
| 17. --Large Cap Value Fund | | | | | | | | | See note in Part VIII. |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Foreign Value Fund | | | | | | | | | See note in Part VIII. |
| 19.   --Socially Responsible Fund | | | | | | | | | See note in Part VIII. |
| 20.   --Fixed Account Plus | | | | | | | | | See note in Part VIII. |
| 21.   --Vanguard Windsor | | | | | | | | | See note in Part VIII. |
| 22.   --Blue Chip Growth | | | | | | | | | See note in Part VIII. |
| 23.   --Global Real Estate Fund | | | | | | | | | See note in Part VIII. |
| 24.   --Large Cap Core | | | | | | | | | See note in Part VIII. |
| 25.   --International Growth Fund I | | | | | | | | | See note in Part VIII. |
| 26.   Conseco Annuity | D | Distribution | J | T | | | | | |
| 27.   Buena Lanes (passive partnership) | A | Distribution | J | W | | | | | |
| 28.   Virginia Educational Savings Trust | D | Distribution | K | T | | | | | |
| 29.   Rental Property, Henderson, NV | A | Rent | M | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 07/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

Lines 11-25: These qualified plans were added or removed by VALIC (Part VII, line 10) through my managed account participation. The VALIC account consists of my retirement program from the University of Nevada, Las Vegas, and an individual retirement account (IRA).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSI                    BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bybee, Jay S. | U.S. Court of Appeals, 9th Cir | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Lloyd D George U.S. Courthouse 333 Las Vegas Blvd. S., #7080 Las Vegas, NV 89101 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Fellow, Constitutional Law | William S. Boyd School of Law, University of Nevada, Las Vegas |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | TIAA-CREF, academic retirement program |
| 2. 1999 | VALIC, academic retirement program |
| 3. 1999 | Contract with Greenwood Press as co-author for book (published 2006) |

RECEIVED 2009 MAY 15 A 11: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | William S. Boyd Law School, University of Nevada Las Vegas -- teaching | $ 15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The Federalist Society for Law & Public Policy Studies | Jan. 30-31 | Columbia Law Sch/Yale Law | Speech/Debate | transportation, lodging, meals, parking |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Victoria Schwartz, Philip Scarborough, Zachary Rawling, Mark Kressel | Apple iPod Touch, carrying case, music gift card | $359.00 |
| 2. Latham & Watkins, LLP | Legal Services | $60,074.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Mortgage | Mortgage on rental property, Henderson, NV (Part VII, line 29) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Campus Federal Credit Union | A | Interest | J | T | | | | | |
| 3. American Funds MMA | A | Interest | K | T | | | | | |
| 4. Southern California Edison Common Stock | | None | J | T | | | | | |
| 5. Fidelity Destiny IRA | | None | K | T | | | | | |
| 6. Washington Mutual IRA | | None | J | T | | | | | |
| 7. Acacia Life Insurance (whole life) | | None | J | T | | | | | |
| 8. American General Insurance | | None | J | T | | | | | |
| 9. TIAA-CREF (retirement) | | None | K | T | | | | | |
| 10. VALIC (retirement) | | None | M | T | | | | | |
| 11. --Mid Cap Value Fund | | | | | | | | | See note in Part VIII. |
| 12. --Mid Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 13. --Small Cap Index Fund | | | | | | | | | See note in Part VIII. |
| 14. --International Equities Fund | | | | | | | | | See note in Part VIII. |
| 15. --International Small Cap Equity Fund | | | | | | | | | See note in Part VIII. |
| 16. --Stock Index | | | | | | | | | See note in Part VIII. |
| 17. --Large Cap Value Fund | | | | | | | | | See note in Part VIII. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Foreign Value Fund | | | | | | | | | See note in Part VIII. |
| 19.   --Socially Responsible Fund | | | | | | | | | See note in Part VIII. |
| 20.   --Fixed Account Plus | | | | | | | | | See note in Part VIII. |
| 21.   --Vanguard Windsor | | | | | | | | | See note in Part VIII. |
| 22.   --Blue Chip Growth | | | | | | | | | See note in Part VIII. |
| 23.   --Global Real Estate Fund | | | | | | | | | See note in Part VIII. |
| 24.   --Large Cap Core | | | | | | | | | See note in Part VIII. |
| 25.   --International Growth Fund I | | | | | | | | | See note in Part VIII. |
| 26.   Conseco Annuity | D | Distribution | J | T | | | | | |
| 27.   Buena Lanes (passive partnership) | A | Distribution | J | W | | | | | |
| 28.   Virginia Educational Savings Trust | D | Distribution | K | T | | | | | |
| 29.   Rental Property, Henderson, NV | A | Rent | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

Lines 11-25: These qualified plans were added or removed by VALIC (Part VII, line 10) through my managed account participation. The VALIC account consists of my retirement program from the University of Nevada, Las Vegas, and an individual retirement account (IRA).

| Name of Person Reporting | Date of Report |
|---|---|
| Bybee, Jay S. | 05/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE̶͟ ̶͟ ̶͟CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544